# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

MAR - 6 2014

Clerk, U.S. District Court
By _____ Deputy Clerk

UNITED STATES OF AMERICA,

Plaintiff,

v.   CASE NO. 14-M-6057-01-KMH

JOHN M. NOEL,

Defendant.

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about March 3, 2014, in the District of Kansas, the defendant,

**JOHN M. NOEL,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectible amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, §§ 841(a) and 841(b)(1)(B).

I further state that I am a Task Force Officer with the Drug Enforcement Agency and a Detective with the Wichita Police Department, and that this Complaint is based on the following facts:

SEE ACCOMPANYING AFFIDAVIT, WHICH IS INCORPORATED BY REFERENCE AS THOUGH SET OUT IN FULL HEREIN.

*Maria E. Heimerman*
Maria E. Heimerman
TFO/Detective
Drug Enforcement Administration
and Wichita Police Department

Sworn to before me and subscribed in my presence this 6th day of March, 2014, at Wichita, Kansas.

*Karen M. Humphreys*
Honorable Karen M. Humphreys
United States Magistrate

2

## AFFIDAVIT

Maria E. Heimerman, having been duly sworn, states the following:

1. I am currently assigned to the Drug Enforcement Administration (DEA) Wichita Resident Office. Before my assignment with the DEA as a Task Force Officer I was assigned to the Special Investigations Undercover/Narcotics Section. I have been employed with the Wichita Police Department (WPD) since January 2004. During that time I have investigated numerous narcotics cases.

2. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in The Controlled Substances Act of Title 21, United States Code.

3. While assigned with the DEA, and previously as a police officer with the WPD, I have participated in numerous drug investigations, involving the unlawful manufacture of controlled substances, possession of controlled substances with the intent to distribute, distribution of controlled substances (including cocaine, marijuana and methamphetamine) and conspiracies associated with criminal drug trafficking offenses, in violation of Title 21, United States Code, Section 841(a)(1) - Possession with Intent to Distribute and Distribution of Controlled Substances; Section 843(b) - Unlawful use of a Communication Device to Commit or Facilitate the Commission of Drug Trafficking Offenses; Section 846 - Conspiracy or Attempt to Commit Drug Trafficking Offenses; Sections 952 and 960 - Importation of Controlled Substances; Section 963, Conspiracy or attempt to Import Controlled Substances; and Section 2, aiding and abetting these listed

offenses. In connection with my official DEA duties, I investigate criminal violations of the Controlled Substances Act.

4. My training and experience has involved, among other things, (a) the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the distribution and transportation of controlled substances and of the laundering and concealment of proceeds of drug trafficking; (b) surveillance; (c) execution of search warrants; (d) the arrest of drug traffickers, and (e) handling of cooperating sources and other sources of information.

5. Based on my training and experience as a DEA TFO and officer with the WPD, I have become familiar with the manner in which drug traffickers conduct their drug-related businesses, including the methods employed by drug dealers to import and distribute drugs, and their use of coded language to refer to drugs, drug proceeds, and other aspects of drug trafficking. I have received training for the investigation of drug offenses and have been personally involved in several drug trafficking investigations. Through these investigations, my training, experience, and conversations with experienced agents, other drug investigators and law enforcement personnel, I have become familiar with the methods employed by drug traffickers in general, including the use of wireless communications technology such as cellular telephones, counter surveillance, and the use of false or fictitious identities and coded communications in an attempt to avoid detection by law enforcement and to circumvent drug investigations.

## Purpose of this Affidavit

6. This affidavit is offered as support for the issuance of an arrest warrant for John NOEL.

## CASE OVERVIEW

10. The investigation of John NOEL began in September 2013 and has continued to the present. During the investigation law enforcement had established probable cause that NOEL is in the business of the distribution and possession of controlled substances. Law enforcement has been informed by a confidential informant that the defendant is distributing methamphetamine locally in the Wichita area and also in Southeast Kansas. An undercover law enforcement officer purchased methamphetamine from NOEL in Wichita on November 7, 2013. A GPS tracker device has been placed on two of the defendant's vehicles since September 2013, and during that time the defendant has made at least eight trips to Southeast Kansas based on GPS data. Law enforcement has also conducted surveillance on the defendant where, on two occasions, they have observed NOEL travel to Southeast Kansas and make numerous stops at the residences of individuals with prior drug convictions. Law enforcement has been given information that NOEL's neighbors have observed lots of short stay traffic at his residence located at 2206 W. MacArthur, Lot #16, Wichita, Kansas. The short stay traffic has also been observed by law enforcement officers conducting surveillance at NOEL's residence. On March 3, 2014 NOEL was stopped in his 2003 black Chevy Silverado by law enforcement after leaving his residence. During the traffic stop NOEL admitted he had smoked marijuana in his vehicle the day before. The vehicle was placed in a secure location until a search warrant was granted. On March 4, 2014, a search warrant was executed on the 2003 Chevrolet Silverado. Located in the vehicle was one large ziplock bag containing ten individual wrapped plastic baggies containing approximately one ounce of methamphetamine in each bag. The large ziplock bag had "#3" in black marked

on the outside.

## BACKGROUND OF INVESTIGATION

11. On September 16, 2013, TFO Michael Thode received a phone call from a Source of Information (hereafter referred to as SOI #1) to report the drug trafficking activities of John NOEL and Randy GIBSON.

12. SOI #1 said Randy GIBSON sells ounces of methamphetamine from his trailer house. SOI #1 described GIBSON'S trailer location. A Wichita Police Department EJustice records check identified the trailer as 2206 W MacArthur Lot #16 Wichita, Kansas, which matches the description provided by SOI #1. SOI #1 saw what he/she thought was two pounds of methamphetamine at 2206 W MacArthur Lot #16, on September 12, 2013. SOI #1 said GIBSON was recently released from parole.

13. The SOI had interest in providing information to assist in the investigation and arrest of GIBSON and NOEL as the SOI did not agree with the distribution of methamphetamine to the community. The SOI's criminal history includes the following: Hit and Run: Death or Injury; threaten crime with intent to terrorize, Fraud use false contractor without a license, False ID to specific peace officers, Take vehicle without own consent/vehicle theft, and possess narcotic control substance.

14. SOI #1 said GIBSON lives with a person known as John LNU. SOI #1 described John LNU and from a Wichita Police Department EJustice records check John LNU was identified as John NOEL. SOI #1 said NOEL was released from prison approximately 6-8 months prior to September 16, 2013. SOI #1 said NOEL will sell GIBSON methamphetamine and GIBSON will sell methamphetamine in up to ounce quantities.

4

15. SOI #1 said NOEL claims to transport a pound of methamphetamine to the Kansas/ Missouri border twice a week. SOI #1 said NOEL takes a fishing pole and will go fishing after making the methamphetamine deal to make the trip appear normal. SOI #1 said NOEL drives a gold Chevrolet Silverado extended cab pickup to transport the methamphetamine. SOI #1 said on September 12, 2013, NOEL claimed to be getting ready for another trip to the Kansas/ Missouri border.

16. On September 19, 2013, Wichita Police Department Officer Joseph Springob and Officer Stucky were conducting surveillance at 2206 W MacArthur Lot #16 Wichita, Kansas and observed a green Chevy Astra van bearing a Kansas tag 016GAX leaving the residence. A traffic stop was conducted and later discovered several occupants in the vehicle to include GIBSON, NOEL, Marissa HEGI and Carland BALLINGER. BALLINGER was the front passenger and GIBSON was the driver of the vehicle. A K-9 was used during the traffic stop and Wichita Police Department Officer Gum's K-9 indicated on the vehicle. After a search was conducted a bottle of butane fuel, digital scale and a glass pipe with residue that was wrapped around white gauze and a plastic container covered in black electric tape that is used as a smoking instrument. BALLINGER denied having any knowledge of having drug paraphernalia in the vehicle however admitted that the suitcase where the items were located being those of BALLINGER'S. GIBSON was arrested for a warrant and BALLINGER was issued a citation for the paraphernalia.

17. In November, 2013, SOI#1 completed the process and was signed as a WPD Confidential Informant (CI). On November 7, 2013, the CI introduced Wichita Police Department Detective Gary Knowles, acting in an undercover capacity, to NOEL to purchase methamphetamine at QuikTrip 5600 W MacArthur, Wichita, Kansas. Det. Knowles

5

purchased three quarters of an ounce of methamphetamine for nine hundred dollars which field tested positive for methamphetamine.

18. On December 6, 2013, the Honorable Karen Humphreys, United States Magistrate Judge for the District of Kansas (Wichita), authorized a warrant for the use and installation of a tracking device on the 2003 Chevrolet Silverado bearing tag 928FBD. The warrant expired on January 20, 2014. Through the month of December 2013, the tracking device notified your affiant, on two separate occasions NOEL'S vehicle departed to eastern, Kansas. On January 2, 2014, and arrived to 714 Oak St. Humboldt, Kansas. According to KBI database the residence is occupied by a Rebecca and Gordon Wellman. A check through local databases and NCIC revealed that both Rebecca and Gordon had previous arrests for Narcotics violations. Through the month of January 2014, the tracking device notified your affiant, on six separate occasions NOEL's vehicle departed to eastern, Kansas and returned on the same day.

19. On January 14, 2014, TFO Shauna Sherwood, SA Greg Anderson and TFO Tim Davis conducted surveillance of John NOEL. At approximately 8:30 a.m. TFO Sherwood observed NOEL's gold Chevrolet pick-up truck parked in the driveway of 2206 West MacArthur, Lot #16, Wichita, Kansas, where NOEL is known to reside. Surveillance was established on the residence. At approximately 9:51 a.m. TFO Davis observed a blue Chevrolet truck arrive at the residence. TFO Davis watched the unknown male driver exit the truck, remove a small item from the bed of the truck, and walk to the front door. The unknown male was greeted at the door, and then returned to the truck and left the area. This vehicle drove to 1801 S Hydraulic, Wichita, Kansas. This address has been established to be involved in methamphetamine traffic in an ongoing unrelated DEA

investigation. I believe that the unknown male driving the blue Chevrolet truck purchased methamphetamine from NOEL.

20. At approximately 10:34 a.m. TFO Sherwood observed a different blue Chevrolet pick-up arrive at NOEL'S residence. TFO Sherwood watched an unknown white male driver wearing a tan camouflage jacket, and an unknown white male passenger wearing a tan jacket exit the truck, knock on the front door, and enter the residence. At approximately 10:54 a.m. the two unknown white males exited the residence, entered the truck and left the area. I believe that the short stay of the two individuals at NOEL'S residence is indicative of drug distribution and I believe it is possible that these two individuals purchased methamphetamine from NOEL.

21. On January 15, 2014, members of the Wichita Resident Office conducted surveillance of John NOEL. At approximately 8:25 a.m., TFO Shauna Sherwood located a gold Chevrolet pick-up truck usually driven by NOEL, parked in the driveway of 2206 West MacArthur, Lot #16, Wichita, Kansas. At approximately 8:44 a.m., TFO Sherwood observed NOEL exit the residence, and obtain a newspaper from the front yard. At approximately 9:16 a.m., TFO Sherwood observed NOEL, an unknown white female, and a small child, leave the residence in the Chevrolet truck.

22. At approximately 9:50 a.m., TFO Tim Eldredge observed NOEL leave his residence by himself in the Chevrolet truck and travel to the QuikTrip located at MacArthur and Meridian where NOEL fueled his vehicle. At 9:56 a.m., NOEL departed the QuikTrip and was followed to 211 17th Street, Fredonia, Kansas arriving at approximately 11:35 a.m. Present at 17th Street was a gold Ford F-150 bearing Kansas tag 029EJV (registered on a 2000 Ford F-150 to Jeremy Austin PETERSON of 211 North 17th Street, Fredonia,

Kansas 66736). At approximately 12:25 p.m. TFO Keith Luongo observed the Gold F-150 left 17th Street occupied by an unknown white male and TFO Sherwood observed the truck park at 321 10th Street, Fredonia, Kansas. At approximately 12:34 p.m. TFO Luongo observed the gold Ford return to 17th Street, contact NOEL, and NOEL then departed the residence. A check through local databases and NCIC revealed that PETERSON had previous arrests for Narcotics violations.

23. Surveillance followed NOEL to Humboldt, Kansas, where TFO Ron Trollope observed NOEL go to 714 Oak Street, Humboldt, Kansas arriving at approximately 1:20 p.m. At approximately 1:46 p.m., TFO Trollope observed NOEL leave in his Chevrolet truck. NOEL then traveled to Elk Lake 159 located at the intersection of Missouri Road and 1200 Road in a rural area outside of Gas, Kansas. The lake appeared to only have one entrance with a gate. At approximately 2:05 p.m. NOEL was observed by TFO Sherwood leaving the lake entrance. NOEL was followed into the town of Gas, Kansas, where TFO Sherwood observed NOEL park in front of 523 Daly, Gas, Kansas, walk around to the passenger side of his truck and remove an unknown item from the passenger seat, then approach the residence. At approximately 2:16 p.m. TFO Sherwood observed NOEL leave Daly and he was followed back to the Elk Lake, where SA Greg Anderson observed NOEL meet with two unknown white males in a silver Ford F-150 at the entrance to the lake at approximately 2:23 p.m. At approximately 2:25 p.m. NOEL left the lake. Approximately two to three minutes later the silver Ford left the lake and TFO Tim Davis observed that the gate to the lake was then locked. TFO Sherwood followed the Ford and observed the vehicle's tag, Kansas 094FZT, (registered on a 2001 F-150 to Bret A MCDOWN of 423 South Chestnut Street, Wichita, Kansas. A

check through local databases and NCIC revealed that MCDOWN had previous arrests for Narcotics violations.

24. After leaving the lake, surveillance followed NOEL back to Fredonia, where he returned to 211 17th Street, and SA Greg Anderson observed NOEL approach the residence possibly with something in his left hand. At approximately 3:12 p.m., NOEL left 17th Street, and traveled to the Sonic located at 1938 East Washington Street, Fredonia, Kansas. At 3:19 p.m. NOEL left Sonic and returned to Wichita, Kansas.

25. On January 28, 2014, the Honorable Karen Humphrey's United States Magistrate Judge for the District of Kansas (Wichita), authorized an extension on the warrant for the use and installation of a tracking device on John NOEL'S gold 2000 Chevrolet Silverado. TFO Maria Heimerman and TFO Shauna Sherwood were not able to locate the NOEL'S vehicle to switch out the tracking devices within the ten days after the extension was granted. On February 6, 2014, Wichita Police Department Detective Gary Knowles observed a newer black Chevrolet Silverado parked in the driveway of NOEL'S residence with the Kansas tag 928FBD which was registered to the gold Chevrolet Silverado.

26. On February 7, 2014, TFO Heimerman entered the 2000 Chevrolet Silverado vehicle identification number (VIN) into the google internet search and discovered that the vehicle was listed for sale at Rusty Eck Ford, 7310 E. Kellogg, Wichita, Kansas. TFO Heimerman and TFO Sherwood made contact with management at Rusty Eck Ford and were told the vehicle had been sold to Price Right, 1103 S. Broadway St., Wichita, Kansas, approximately on January 19, 2014. On February 7, 2014, TFO Heimerman and TFO Sherwood located the gold 2000 Chevrolet Silverado in the car lot. TFO Sherwood removed the tracking device from the truck.

27. On February 12, 2014, TFO Maria Heimerman requested the assistance of Wichita Police Department (WPD) Officer Creighton #2211 to conduct a traffic stop to investigate the Kansas tag number 928FBD that was originally placed on gold Chevrolet Silverado and now is on a black 2003 Chevrolet Silverado. Officer Creighton #2211 made contact with the driver who was identified as John NOEL. NOEL stated he purchased the truck and has not changed the registration on his new truck. NOEL provided the vehicle identification number (VIN) 2GCEC19T931411129 for the black 2003 Chevrolet Silverado. I believe the 2003 black Chevrolet Silverado is a replacement for the gold truck previously owned by John NOEL.

28. On February 20, 2014, the Honorable Kenneth G. Gale, United States Magistrate Judge for the District of Kansas (Wichita), authorized a warrant for the use and installation of a tracking device on a black 2003 Chevrolet Silverado belonging to John NOEL. Through the time the tracking device was placed on NOEL's truck, the tracking device notified your affiant, on two separate occasions NOEL's black Chevrolet Silverado departed to eastern, Kansas and returned on the same day.

29. During the six trips to Eastern Kansas, which were shown by GPS data, NOEL left directly from his residence and did not stop at a suspected source of supply before leaving Wichita, Kansas. During the two trips to Eastern Kansas, that surveillance monitored, Noel left directly from his residence and did not contact a suspected source of supply before leaving Wichita, Kansas. Because of this I believe NOEL is storing methamphetamine at his residence, 2206 West MacArthur Lot #16.

30. On March 3, 2014, surveillance was established at 2206 West MacArthur Lot #16. NOEL'S vehicle was observed parked in front of the trailer. At approximately 7:29 a.m.,

NOEL was observed getting into the black 2003 Chevrolet Silverado. Surveillance continued to follow the vehicle and Andover Police Officer Shawn Bostick was on standby waiting for NOEL to pass through Andover, Kansas. NOEL'S truck tag was covered by snow and Andover Officer Bostick conducted a traffic stop at 1115 E US Highway 54, Andover, Kansas. Officer Bostick ran a record check of NOEL and was informed by dispatch that NOEL had an active warrant. Officer Bostick placed NOEL in custody. Detective Cundiff utilized his drug dog and as trained the drug jumped into the truck and showed interest in the middle console by the passenger seat. Detective Cundiff immediately removed the K-9 from the inside. Detective Cundiff asked NOEL if there was anything in his vehicle as his K-9 showed interest in his truck and NOEL informed Detective Cundiff that NOEL smoked marijuana in his truck the day prior.

31. On March 3, 2014, the mobile home manager for Mobile Manor Estates, Carol Dvorok advised that she was notified by another tenant that NOEL has talked about having guns in the trailer where he resides. Dvorok has heard from Mobile Manor residence that an unknown person has been observed on numerous occasions dropping off two duffle bags to 2206 W MacArthur Lot #16 at approximately 3:00 a.m.

32. On March 4, 2014, a search warrant was executed on the 2003 black Chevrolet Silverado bearing Kansas tag 928FBD. Located in the vehicle was one ziplock plastic bag containing ten individual plastic baggies with approximately one ounce of methamphetamine in each baggy. One of the bags was opened and field tested positive for methamphetamine. In my training and experience it is my belief that John NOEL removed the methamphetamine from his residence located at 2206 W MacArthur Lot #16 Wichita, Kansas.

11

33. John NOEL criminal history includes convictions for: unlawful distribution of a hallucinogen, no drug tax stamp, possession of hallucinogen with intent to sell, possession of narcotics, distribution of narcotics and terroristic threats

34. On March 5, 2014, a search warrant was executed at 2206 W. MacArthur Lot#16 Wichita, Kansas. Located in the residence were two digital scales, miscellaneous documents, and ziplock plastic bags. One of the digital scales contained drug residue. John NOEL was transported to the DEA office. NOEL invoked his rights per Miranda and was transported to the Sedgwick County Detention Center.

35. Based on the facts presented in this affidavit I believe there is probable cause that John NOEL has committed violations of 21 U.S.C. § 841(a), that is the distribution and the possession with the intent to distribute methamphetamine in the District of Kansas.

FURTHER AFFIANT SAITH NOT.

*Maria E. Heimerman*
Maria E. Heimerman
TFO/Detective
Drug Enforcement Administration
and Wichita Police Department

Subscribed and sworn to before me on this 6th day of March, 2014, in Wichita, Kansas.

*Karen M. Humphreys*
Karen M. Humphreys
United States Magistrate Judge