# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                  **CASE NO.**   14-10040-01-EFM

**JOHN M. NOEL,**

      **Defendant.**

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about November 7, 2013, in the District of Kansas, the defendant,

**JOHN M. NOEL,**

did unlawfully, knowingly, and intentionally distribute 5 grams or more of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, §§ 841(a) and 841(b)(1)(B).

## COUNT 2

On or about March 3, 2014, in the District of Kansas, the defendant,

**JOHN M. NOEL,**

did unlawfully, knowingly, and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectible amount of methamphetamine, a controlled substance.

In violation of Title 21, United States Code, §§ 841(a) and 841(b)(1)(B).

**A TRUE BILL.**


| March 12, 2014 | s/Foreperson |
|---|---|
| DATE | FOREPERSON OF THE GRAND JURY |


 s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
barry.grissom@usdoj.gov

[It is requested that jury trial be held in Wichita, Kansas.]

2